UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Elaine Dorland**
2388 Emory Lane
Marietta, GA 30068

xxx–xx–1109

**Thomas Dodd Dorland**
2388 Emory Lane
Marietta, GA 30068

xxx–xx–9763

Case No.: **08–79310–mhm**
Chapter: **13**
Judge: **Margaret Murphy**

## ORDER OF DISMISSAL

The Chapter 13 Trustee filed a motion to dismiss this case, and no objection to the motion was filed by the Debtor(s). Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within ten (10) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

Margaret Murphy
United States Bankruptcy Judge

Dated: November 2, 2009

Form 158